UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMUR SAFRANSKY, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>FOSSIL GROUP, INC.; and FOSSIL STORES I, INC.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 17cv1865-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>[Doc. No. 32] |

On March 11, 2019, the parties filed a joint motion to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 32. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety **without prejudice**. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: March 12, 2019

HON. MICHAEL M. ANELLO
United States District Judge